# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| BONITA MAE MILLER, | Case No. 1:19-cv-44 |
| Plaintiff, | Judge Matthew W. McFarland |
| v. | |
| RANDY QUISENBERRY, et al., | |
| Defendants. | |

## ENTRY AND ORDER OVERRULING OBJECTIONS (DOC. 15) AND ADOPTING REPORT AND RECOMMENDATIONS (DOC. 14)

This action is before the Court on Plaintiff's Objections (Doc. 15) to Magistrate Judge Karen L. Litkovitz's Report and Recommendations (Doc. 14). Magistrate Judge Litkovitz recommends that the Court grant the Defendants' Motion to Dismiss (Doc. 8) pursuant to Fed. R. Civ. P. 12(b)(6). (Doc. 14.) Plaintiff objected to the Magistrate's Report and Recommendations (Doc. 15), which is now ripe for the Court's review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. Upon said review, the Court finds that Plaintiff's Objections (Doc. 15) are not well-taken and are accordingly **OVERRULED**. The Court **ADOPTS** the Report and Recommendations (Doc. 14) in its entirety and **GRANTS** the Defendants' motion to dismiss (Doc. 8). This case is hereby **CLOSED** on the docket of this Court.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT<br>
SOUTHERN DISTRICT OF OHIO

By: *Matthew W. McFarland*<br>
JUDGE MATTHEW W. McFARLAND